**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-1369**

_____

BARBARA MICHELLE BUSH,

Plaintiff - Appellant,

versus

NATIONSBANK OF DELAWARE, NA; BARRY E. GORDON,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Catherine C. Blake, District Judge.  (CA-00-618-CCB)

_____

Submitted:  August 22, 2000        Decided:  October 19, 2000

_____

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Barbara Michelle Bush, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Barbara M. Bush appeals the district court's order dismissing her civil complaint against NationsBank.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court and deny all pending motions.  See Bush v. NationsBank of Delaware, N.A., No. CA-00-618-CCB (D. Md. Mar. 10, 2000).*  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

* Although the order from which Bush appeals was filed on March 3, 2000, it was entered on the district court's docket sheet on March 10, 2000.  March 10, 2000 is therefore the effective date of the district court's decision.  See Fed. R. Civ. P. 58 and 79(a); see also Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).